Ely Grinvald, Esq. (SBN 285475)
2355 Westwood Blvd., #562
Los Angeles, CA 90064
T: (310) 405-5864
E: grinvaldely@gmail.com

*Attorney for Plaintiff,
Gloria Alvarado*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GLORIA ALVARADO,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MIDLAND CREDIT MANAGEMENT, INC., AND FIRST BANK & TRUST,**<br><br>**Defendants.** | Case No.: 8:25-cv-02356-DOC-DFM<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT FIRST BANK & TRUST ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiff Gloria Alvarado ("Plaintiff") and Defendant First Bank & Trust ("Defendant") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with prejudice as to Defendant First Bank & Trust within the next sixty (60) days. The case continues as to Defendant Midland Credit Management, Inc.

///

///

1
2
3
4   Dated: January 19, 2026              By:*/s/ Ely Grinvald*
                                         Ely Grinvald, Esq
5                                        2355 Westwood Blvd., #562
                                         Los Angeles, CA 90064
6                                        T: (310) 405-5684
                                         E: grinvaldely@gmail.com
7
                                         *Attorneys for Plaintiff,*
8                                        *Gloria Alvarado*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Ely Grinvald*